UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOHN DAVIS | CIVIL ACTION NO. 5:14-cv-2360-P |
| VS. | JUDGE S. MAURICE HICKS |
| WARDEN TIM KEITH | MAGISTRATE JUDGE HAYES |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus (28 U.S.C. §2254) be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of December, 2014.

_____
S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE